UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICARDO BARRERA aka "Boni" "El Tio" | § § § § § § § § § § § § § § § § § §   CRIMINAL NO:<br>**SEALED**<br><br>**H 11 -472** |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A   CRIMINAL INFORMATION   has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

RICARDO BARRERA aka "Boni" "El Tio"

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on _____ 9-3 , 20 14 .

_____
UNITED STATES MAGISTRATE JUDGE